UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PROPHET PHILLIPS,

        Petitioner,

                                            Case No. 10-14139

vs.                                    HON. GEORGE CARAM STEEH

JEFFREY WOODS,

        Respondent.
_____/

## JUDGMENT

The above entitled matter has come before the court, and in accordance with the order entered on this date;

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of respondent and against petitioner.

SO ORDERED.

                                                  DAVID J. WEAVER
                                                 CLERK OF THE COURT

                                                 BY: s/Marcia Beauchemin
                                                     DEPUTY COURT CLERK

Dated: December 19, 2011