UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PROPHET PHILLIPS,

                Petitioner,

                                      Case No. 10-14139
vs.                                   HON. GEORGE CARAM STEEH

JEFFREY WOODS,

                Respondent.
_____/

<u>JUDGMENT</u>

The above entitled matter has come before the court, and in accordance with the order entered on this date;

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of respondent and against petitioner.

SO ORDERED.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      BY: <u>s/Marcia Beauchemin</u>
                                          DEPUTY COURT CLERK

Dated: December 19, 2011